[No. 15953-1-III.   Division Three.   October 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALBERT RODOM, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-00716-7, Robert N. Hackett, J., entered July 10, 1996. *Remanded* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 16253-2-III.   Division Three.   October 7, 1997.]

GEORGE DUNCAN, *Appellant*, v. TREE TOP, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-01147-0, Susan L. Hahn, J., entered November 1, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 15111-5-III.   Division Three.   October 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN BRICENO BARRAJAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-01169-9, F. James Gavin, J., entered August 17, 1995. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15841-1-III.   Division Three.   October 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ALAN MULLALY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-1-00040-7, Yancey Reser, J., entered May 12, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Brown, J.